UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF ALBANY,<br><br>            Defendant. | Case No.: 4:12-cv-04302-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 25, 2013** |

In light of the tentative agreement to dismiss this action, as stated in the Second Joint Case Management Conference Statement (Dkt. No. 20), the Court hereby **CONTINUES** the Case Management scheduled for March 25, 2013 to Monday, July 22, 2013 at 2:00 p.m. in Courtroom 5.

If the parties have not filed their Stipulation of Dismissal within five (5) business days prior to the Case Management Conference, they shall file an updated Case Management Conference Statement.

**IT IS SO ORDERED**.

Dated: March 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**