GREGORY B. MOUROUX (CA BAR NO. 231948)
JOHN DI BENE (CA BAR NO. 177359)
AT&T SERVICES, INC. – LEGAL DEPT.
525 Market Street, Suite 2009
San Francisco, CA  94105
Phone:   (415) 778-1359
Fax:   (415) 882-4458
Email:   gm744n@att.com
         jdb@att.com

ANDREW C. EMERSON
AARON M. SHANK
PORTER WRIGHT MORRIS & ARTHUR, LLP
41 South High Street
Columbus, OH  43215
Phone:  (614) 227-2000
Fax:   (614) 227-2100
Email:  aemerson@porterwright.com
        ashank@porterwright.com

Attorneys for Plaintiff
New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

TOUSSAINT S. BAILEY
THOMAS PETER PIERCE
Richards, Watson, Gershon, a Professional Corporation
44 Montgomery Street, Suite 3800
San Francisco, CA 94104-4811
Tel: (415) 421-8484
Fax: (415) 421-8486
Email: tbailey@rwglaw.com
       ppierce@rwglaw.com

Attorneys for Defendant City of Albany

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ALBANY, a California municipal corporation,<br><br>    Defendant. | Case No.  4:12-cv-04302-YGR<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:  Hon. Yvonne Gonzales Rogers<br><br>Complaint filed: |

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

1     IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is dismissed without prejudice
3 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5 Dated: July 8, 2013          AT&T SERVICES, INC. – LEGAL DEPT.

7                              By: /s/ Gregory B. Mouroux
                                   Gregory B. Mouroux
8                                  Attorneys for Plaintiff
                                   New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

11
12 Dated: July 9, 2013          RICHARDS, WATSON, GERSHON, A P.C.

14                              By: /s/ Toussaint S. Bailey
                                   Toussaint S. Bailey
15                                 Attorneys for Defendant
                                   City of Albany

586728                          - 2 -                          Case No. 4:12-cv-04302-YGR
                          STIPULATION OF DISMISSAL