1  GREGORY B. MOUROUX (CA BAR NO. 231948)
   JOHN DI BENE (CA BAR NO. 177359)
2  AT&T SERVICES, INC. – LEGAL DEPT.
   525 Market Street, Suite 2009
3  San Francisco, CA  94105
   Phone:   (415) 778-1359
4  Fax:     (415) 882-4458
   Email:   gm744n@att.com
5           jdb@att.com

6  ANDREW C. EMERSON
   AARON M. SHANK
7  PORTER WRIGHT MORRIS & ARTHUR, LLP
   41 South High Street
8  Columbus, OH  43215
   Phone:  (614) 227-2000
9  Fax:    (614) 227-2100
   Email:  aemerson@porterwright.com
10         ashank@porterwright.com

11 Attorneys for Plaintiff
   New Cingular Wireless PCS, LLC d/b/a AT&T Mobility
12
   TOUSSAINT S. BAILEY
13 THOMAS PETER PIERCE
   Richards, Watson, Gershon, a Professional Corporation
14 44 Montgomery Street, Suite 3800
   San Francisco, CA 94104-4811
15 Tel: (415) 421-8484
   Fax: (415) 421-8486
16 Email: tbailey@rwglaw.com
          ppierce@rwglaw.com
17
   Attorneys for Defendant City of Albany
18

19                IN THE UNITED STATES DISTRICT COURT

20        FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

21

| | |
|---|---|
| 22  NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware corporation, | Case No.  4:12-cv-04302-YGR |
| 23 | **STIPULATION OF DISMISSAL** |
| 24           Plaintiff, | Judge: Hon. Yvonne Gonzales Rogers |
| 25      v. | |
| 26  CITY OF ALBANY, a California municipal corporation, | Complaint filed: |
| 27           Defendant. | |

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

- 1 -

STIPULATION OF DISMISSAL

1    IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is dismissed without prejudice
3 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5 Dated: July 8, 2013          AT&T SERVICES, INC. – LEGAL DEPT.

7                              By: /s/ Gregory B. Mouroux
                                   Gregory B. Mouroux
8                                  Attorneys for Plaintiff
                                   New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

11 Dated: July 9, 2013          RICHARDS, WATSON, GERSHON, A P.C.

14                             By: /s/ Toussaint S. Bailey
                                   Toussaint S. Bailey
15                                 Attorneys for Defendant
                                   City of Albany